IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LEGACY HOMES, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:07-cv-02403-JPM-dkv |
| ) | |
| v. ) | |
| ) | |
| INDIANA INSURANCE COMPANY and ) | |
| BUILDERS MUTUAL INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE

Before the Court is the Stipulation of Dismissal without Prejudice filed in this cause by the parties on April 4, 2017. (ECF No. 57). It appears to the Court that the parties have reached a resolution of this matter, and thus, this action may now be dismissed without prejudice. The Court orders that this matter hereby is DISMISSED without prejudice.

**IT IS SO ORDERED**, this 10th day of April, 2017.

　　　　　　　　　　　　　　　　　　/s/ Jon P. McCalla
　　　　　　　　　　　　　　　　　　JON P. McCALLA
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE